SALVATORE DE VITA, Appellant, v. ANTINO GRILLO, Respondent.— Application

denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.